## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  22-38 |
| SAROM SOT | : | |

## <u>ORDER</u>

**AND NOW,** this 6th day of January 2023, upon consideration of the Government's Motion to Dismiss the Indictment, it is hereby **ORDERED** that, in the interest of justice, the indictment against defendant Sarom Sot (Criminal No. 22-00038) is **DISMISSED without prejudice**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.